UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT MCCARTHY,

    Plaintiff,

vs.

YOSHINO SUSHI RESTAURANT, et al.,

    Defendants.
                                      /

No. 10-1602

**ORDER TO SHOW CAUSE RE DISMISSAL**

On April 14, 2010, this Americans With Disabilities ("ADA") matter was removed from Alameda County Superior Court and an ADR Scheduling Order was issued setting various case deadlines. Since that time, Plaintiff appears to have taken no action in the case, and has failed to request a case management conference in violation of General Order 56 ¶ 7 and the ADR Scheduling Order.

Plaintiff is hereby ORDERED to appear on Tuesday, August 30 at 10:00 p.m., in Courtroom No. E on the 15th floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. This Court will conduct a hearing on why this matter should not be dismissed for failure to obey an order of the Court and for lack of prosecution. If Plaintiff files a notice of stipulated dismissal prior to August 30, the matter will be dismissed and the order to show cause hearing will be vacated.

    IT IS SO ORDERED.

Date: August 19, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge
Northern District of California

**ENDNOTES**